UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**CURTIS DAVID BARKER,**
  Plaintiff,

**v.**

**CHERON NASH, Warden, et al.,**
  Defendants.

Case No. 2:21-cv-431-CLM-NAD

## MEMORANDUM OPINION

The magistrate judge has entered a report, recommending the court dismiss this case under 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted. (Doc. 13). The magistrate judge advised Barker of his right to file specific written objections within 14 days. (*Id.* at 30–31). That time has expired without the court having received any objections.

Having reviewed and considered de novo all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), the court will **DISMISS** this case **WITHOUT PREJUDICE** for failure to state a claim upon which relief could be granted.

The court will enter a separate final judgment that closes this case.

**Done** and **Ordered** on October 30, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE